UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-80094-CANNON/McCABE

52 U.S.C. § 20511(2)(B)
18 U.S.C. § 611(a)

UNITED STATES OF AMERICA

v.

ROBERTO FIGUEREDO,

　　Defendant.
_____/

FILED BY ___BR___ D.C.

Jun 12, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times material to this Indictment:

1. On or about January 29, 2020, the defendant, **ROBERTO FIGUEREDO**, submitted a Florida voter registration application.

2. In that voter registration application, **ROBERTO FIGUEREDO** affirmed that he was a citizen of the United States of America.

3. In that voter registration application, **ROBERTO FIGUEREDO** affirmed that he was not a convicted felon, or that if he was a convicted felon, his right to vote had been restored.

4. At the time **ROBERTO FIGUEREDO** submitted the voter registration application on or about January 29, 2020, **FIGUEREDO** was not a United States citizen.

5. At the time **ROBERTO FIGUEREDO** submitted the voter registration application on or about January 29, 2020, **FIGUEREDO** was a convicted felon and his right to vote had not been restored.

## COUNT 1
### Casting a False Ballot
### (52 U.S.C. § 20511(2)(B))

1. The General Allegations section of this Indictment is re-alleged and incorporated by reference as though fully set forth herein.

2. On or about October 1, 2020, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**ROBERTO FIGUEREDO,**

knowingly and willfully deprived, defrauded, and attempted to deprive and defraud the residents of the State of Florida of a fair and impartially conducted election process by casting a ballot that he knew to be materially false and fraudulent under Florida law in an election for federal office, in violation of Title 52, United States Code, Section 20511(2)(B).

## COUNT 2
### Casting a False Ballot
### (52 U.S.C. § 20511(2)(B))

1. The General Allegations section of this Indictment is re-alleged and incorporated by reference as though fully set forth herein.

2. On or about July 28, 2022, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**ROBERTO FIGUEREDO,**

knowingly and willfully deprived, defrauded, and attempted to deprive and defraud the residents of the State of Florida of a fair and impartially conducted election process by casting a ballot that he knew to be materially false and fraudulent under Florida law in an election for federal office, in violation of Title 52, United States Code, Section 20511(2)(B).

## COUNT 3
### Casting a False Ballot
### (52 U.S.C. § 20511(2)(B))

1.　The General Allegations section of this Indictment is re-alleged and incorporated by reference as though fully set forth herein.

2.　On or about October 7, 2022, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**ROBERTO FIGUEREDO,**

knowingly and willfully deprived, defrauded, and attempted to deprive and defraud the residents of the State of Florida of a fair and impartially conducted election process by casting a ballot that he knew to be materially false and fraudulent under Florida law in an election for federal office, in violation of Title 52, United States Code, Section 20511(2)(B).

## COUNT 4
### Voting By an Alien
### (18 U.S.C. § 611(a))

On or about October 1, 2020, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**ROBERTO FIGUEREDO,**

an alien, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

## COUNT 5
### Voting By an Alien
### (18 U.S.C. § 611(a))

On or about July 28, 2022, in Palm Beach County, in the Southern District of Florida, and

elsewhere, the defendant,

**ROBERTO FIGUEREDO,**

an alien, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

### COUNT 6
### Voting By an Alien
### (18 U.S.C. § 611(a))

On or about October 7, 2022, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**ROBERTO FIGUEREDO,**

an alien, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

A TRUE BILL

FOREPERSON

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

TIMOTHY FARINA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: **25-CR-80094-CANNON/McCABE**

v.

ROBERTO FIGUEREDO,

**CERTIFICATE OF TRIAL ATTORNEY**

_____/
Defendant.

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☐ Miami   ☐ Key West   ☐ FTP
☐ FTL     ☑ WPB

I do hereby certify that:
1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take __3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)                   (Check only one)
   I  ☑ 0 to 5 days                  ☐ Petty
   II ☐ 6 to 10 days                 ☐ Minor
   III ☐ 11 to 20 days               ☐ Misdemeanor
   IV ☐ 21 to 60 days                ☑ Felony
   V  ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of N/A
10. Defendant(s) in state custody as of N/A
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
Timothy Farina
Assistant United States Attorney
SDFL Court ID No. A5503150

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Roberto Figueredo

**Case No**: _____

Counts 1–3:

Casting a False Ballot

Title 52, United States Code, Section 20511(2)(B)
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Counts 4–6:

Unlawful Voting by an Alien in a Presidential Election

Title 18, United States Code, Section 611(a)
* **Max. Term of Imprisonment:** 1 year
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 1 year
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release, and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.