UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80094-CR-CANNON

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ROBERTO FIGUEREDO,

      Defendants.

_____/

## FOURTH JOINT SPEEDY TRIAL REPORT

Defendant, Roberto Figueredo, through undersigned counsel, and pursuant to Local Rule 88.5, submits this fourth third speedy trial report after consultation with Assistant United States Attorney Timothy Farina:

1. An indictment was filed in the above-styled cause on June 12, 2025. Defendant's initial appearance occurred on June 17, 2025. At that time the Court appointed the Federal Public Defender to represent Defendant. Defendant requested the arraignment to be continued until July 1, 2025. The Court granted Defendant's request and tolled the running of the speedy trial time period. (DE 11).

2. Defendant's arraignment occurred on July 1, 2025. (DE 20). On July 7, 2025, Defendant filed an unopposed motion to continue the trial. (DE 21).   The Court granted Defendant's motion, and the trial is currently scheduled for October 6, 2025.

3. Pursuant 18 U.S.C § 3161(h), the speedy trial time period is tolled until October 6, 2025.  There are currently six non-excludable days under the Speedy Trial Act. Therefore, pursuant to 18 U.S.C § 3161(c)(1) trial must commence within sixty-four days of October 6, 2025, specifically, December 9, 2025.

4. It should be noted that a plea agreement has been reached and the Court has set a plea conference for September 30, 2025.

Respectfully submitted,

HECTOR A DOPICO
FEDERAL PUBLIC DEFENDER

*s/ Peter Birch*
Peter Birch
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 304281
250 South Australian Ave., Suite 400
West Palm Beach, FL 33401
TEL:  (561) 833-6288
*Peter_Birch@FD.org*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Peter Birch*
Peter Birch